IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:25-cr-92 (AJB) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **CESAR ONELIO ARGUETA-DEL VALLE,** | ) | Violation: 8 U.S.C. § 1326(a) & (b)(1) |
| aka "Arbey De Jesus Luna-Lopez," | ) | [Illegal Re-entry] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense: Jefferson |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
[**Illegal Re-entry**]

On or about February 1, 2025, in Jefferson County in the Northern District of New York, the defendant, **CESAR ONELIO ARGUETA-DEL VALLE**, **aka "Arbey De Jesus Luna-Lopez,"** an alien, native and citizen of Guatemala, who had been removed from the United States subsequent to a conviction of a felony, was thereafter found in the United States near Adams, New York, without having obtained the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

Dated: March 17, 2025

JOHN A. SARCONE III
United States Attorney

By:   */s/ Matthew J. McCrobie*
MATTHEW J. McCROBIE
Assistant United States Attorney
Bar Roll No. 702739